T.W., FATHER OF A.M., Minor Child,

        Appellant,

v.

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

        Appellee.

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1598

_____/

Opinion filed January 9, 2017.

An appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

Randall A. Werre, Werre Law Firm, P.A., Milton, for Appellant.

Dwight O. Slater, Department of Children & Families, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.